**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 8, 2015

    MEMO TO COUNSEL RE:  Malibu Media, LLC v. John Doe subscriber
                                         Assigned IP address 69.136.226.144

Dear Counsel:

    I have reviewed the memoranda submitted in connection with plaintiff's seventh motion for extension of time and John Doe's motion to dismiss.

    Plaintiff's motion is granted and John Doe's motion is denied. I am satisfied that plaintiff has acted in accordance with this court's orders and that it is entitled to have the case proceed.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                           Very truly yours,

                                           /s/

                                           J. Frederick Motz
                                           United States District Judge