UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 28, 2015

MEMO TO COUNSEL RE:  Malibu Media, LLC v. John Doe
Civil No. JFM-14-758

Dear Counsel:

   I note that defendant has filed an amended answer and counterclaim.  This filing may moot much of my letter of August 28, 2015 (document 56).

   The scheduling conference is canceled in light of the fact that a schedule is in place.

   Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                    Very truly yours,

                                    /s/

                                    J. Frederick Motz
                                    United States District Judge